■ EMIGRANT MORTGAGE COMPANY, INC., Respondent, v KENNETH W. HART et al., Defendants, and CATHERINE HART, Appellant. [990 NYS2d 857]—

In an action to foreclose a mortgage, the defendant Catherine Hart appeals, as limited by her brief, from so much of an order of the Supreme Court, Westchester County (Smith, J.), entered November 25, 2013, as denied that branch of her motion which was pursuant to CPLR 1203 to vacate a judgment of foreclosure and sale of the same court dated July 8, 2013, entered against the defendant Kenneth W. Hart upon his failure to appear in the action.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court correctly denied that branch of the appellant's motion which was pursuant to CPLR 1203 to vacate a judgment of foreclosure and sale entered against the defendant Kenneth W. Hart upon his failure to appear in the action. We note that, on this appeal, Catherine Hart appeared in her individual capacity only and no one appeared on behalf of the defendant Kenneth W. Hart. Rivera, J.P., Balkin, Chambers and Miller, JJ., concur.